NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SILVERIO BARELA,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7022

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 07-3693, Judge William A. Moorman.

---

## ON MOTION

---

## ORDER

Upon consideration of Silverio Barela's motion for a 20-day extension of time, until March 28, 2011, to file his initial brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

<u>__MAR 1 0 2011__</u>
Date

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

cc: David Greer, Esq.
    J. Hunter Bennett, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 1 0 2011

**JAN HORBALY**
**CLERK**